---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

---

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Natalia**<br>First name<br>**Esther**<br>Middle name<br>**Reese**<br>Last name<br><br>Suffix (Sr., Jr, II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Natalia**<br>First name<br><br>Middle name<br>**Almendarez**<br>Last name<br><br>**Natalia**<br>First name<br><br>Middle name<br>**Smith**<br>Last name<br><br>**Dark Fenix Enterprises Inc**<br>Business name (if applicable)<br>**Reese Property Paladin, LLC**<br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **8  6  8  3**<br>OR<br>9xx - xx - ___ ___ ___ ___ | xxx - xx - ___ ___ ___ ___<br>OR<br>9xx - xx - ___ ___ ___ ___ |

Debtor 1    **Natalia**          **Esther**          **Reese**

First Name          Middle Name          Last Name

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.   Your Employer Identification Number (EIN), if any.**

About Debtor 1:

_8_ _5_ - _3_ _7_ _5_ _9_ _7_ _9_ _0_
EIN

_8_ _4_ - _1_ _9_ _3_ _5_ _2_ _0_ _2_
EIN

About Debtor 2 (Spouse Only in a Joint Case):

__ __ - __ __ __ __ __ __ __
EIN

__ __ - __ __ __ __ __ __ __
EIN

---

**5.   Where you live**

Po Box 12108 - MC 068 ACP #VA230382
Number          Street

_____

Austin, TX 78711-2108
City                              State   ZIP Code

Travis
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number          Street

_____
P.O. Box

_____
City                              State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number          Street

_____

_____
City                              State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number          Street

_____
P.O. Box

_____
City                              State   ZIP Code

---

**6.   Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Natalia** | **Esther** | **Reese** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No.
- ☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

**11.** **Do you rent your residence?**

- ☐ No.   Go to line 12.
- ☑ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☑ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    __Natalia__      __Esther__      __Reese__              Case number *(if known)* _____

       First Name           Middle Name          Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____
City                State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.     I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1    **Natalia**          **Esther**          **Reese**                         Case number *(if known)* _____

         First Name          Middle Name          Last Name

---

**Part 4:**  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

| | |
|---|---|
| **14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**<br><br>*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?* | ☑ No.<br>☐ Yes.   What is the hazard?   _____<br>                                            _____<br>                                            _____<br><br>If immediate attention is needed, why is it needed?<br>        _____<br>        _____<br>        _____<br><br>Where is the property?<br>        _____<br>        Number      Street<br><br>        _____<br>        _____<br>        City            State   ZIP Code |

| Debtor 1 | **Natalia** | **Esther** | **Reese** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Natalia** | **Esther** | **Reese** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☑ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Natalia Esther Reese

Natalia Esther Reese, Debtor 1

Executed on 06/26/2023
  MM/  DD/  YYYY

| Debtor 1 | **Natalia** | **Esther** | **Reese** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Susan Tran Adams**

Signature of Attorney for Debtor

Date  **06/26/2023**

MM / DD / YYYY

**Susan Tran Adams**

Printed name

**TRAN SINGH, LLP**

Firm name

**2502 La Branch St.**

Number          Street

**Houston**                                        **TX**      **77004**

City                                                  State    ZIP Code

Contact phone  **(832) 975-7300**          Email address  **stran@ts-llp.com**

**24075648**                                    **TX**

Bar number                                       State

Fill in this information to identify your case and this filing:

| Debtor 1 | **Natalia** | **Esther** | **Reese** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

   1.1 _____
   Street address, if available, or other description

   _____

   _____
   City          State          ZIP Code

   _____
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**          **Current value of the portion you own?**

   _____          _____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   _____

   ☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................................  ➔  | $0.00 |

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor   **Reese, Natalia Esther**                                    Case number *(if known)*

---

3.1   Make:            __Chevrolet__       **Who has an interest in the property?** Check one.

| | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

Model:          __Trailblazer__       ☑ Debtor 1 only
                                      ☐ Debtor 2 only
Year:            __2003__             ☐ Debtor 1 and Debtor 2 only
                                      ☐ At least one of the debtors and another
Approximate mileage:  _____

Other information:

**Current value of the entire property?**   **Current value of the portion you own?**

☐ **Check if this is community property** (see instructions)

$2,425.00            $2,425.00

If you own or have more than one, describe here:

3.2   Make:            __Honda__          **Who has an interest in the property?** Check one.

| | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

Model:          __CR-V__              ☑ Debtor 1 only
                                      ☐ Debtor 2 only
Year:            __2023__             ☐ Debtor 1 and Debtor 2 only
                                      ☐ At least one of the debtors and another
Approximate mileage:  _____

Other information:

**Current value of the entire property?**   **Current value of the portion you own?**

☐ **Check if this is community property** (see instructions)

$34,399.00            $34,399.00

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1   Make:            _____         **Who has an interest in the property?** Check one.

| | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

Model:          _____           ☐ Debtor 1 only
                                      ☐ Debtor 2 only
Year:            _____           ☐ Debtor 1 and Debtor 2 only
Other information:                    ☐ At least one of the debtors and another

**Current value of the entire property?**   **Current value of the portion you own?**

☐ **Check if this is community property** (see instructions)

---

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................... ➔   $36,824.00

---

**Part 3:**   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?   **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........   | See Attached. |   $270.00

---

Debtor  __Reese, Natalia Esther__                                    Case number *(if known)* _____

| | |
|---|---|

7. **Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........

| See Attached. | $1,550.00 |

8. **Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe. .........

| Keyboard | $100.00 |

9. **Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe. .........

10. **Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe. .........

11. **Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe. .........

| See Attached. | $480.00 |

12. **Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe. .........

| See Attached. | $560.00 |

13. **Non-farm animals**

*Examples:*  Dogs, cats, birds, horses

☑ No
☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information. .............

Debtor  **Reese, Natalia Esther**                                                      Case number *(if known)* _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................ ➔   | $2,960.00 |

| **Part 4:** | Describe Your Financial Assets |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No

    ☐ Yes ................................................................................................................. Cash: ...................   _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes .....................     Institution name:

    17.1. Checking account:     **JPMorgan Chase Bank x7617**                          $377.65

    17.2. Checking account:     **Navy Federal Credit Union x2160**                     $1.73

    17.3. Savings account:      **Navy Federal Credit Union x8877**                     $0.13

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes .....................     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No

    ☐ Yes. Give specific information about them...................     Name of entity:                    % of ownership:

Debtor **Reese, Natalia Esther**                                   Case number *(if known)* _____

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
   information about
   them....................   Issuer name:

   _____   _____

   _____   _____

21. **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each        Type of account:      Institution name:
   account separately.

   401(k) or similar plan:   **Mutual of America**_____   $7,484.93

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
             others

☑ No

☐ Yes ......................   Institution name or individual:

                              Electric:        _____   _____

                              Gas:             _____   _____

                              Heating oil:     _____   _____

                              Security deposit on rental unit: _____   _____

                              Prepaid rent:    _____   _____

                              Telephone:       _____   _____

                              Water:           _____   _____

                              Rented furniture: _____   _____

                              Other:           _____   _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ....................   Issuer name and description:

   _____   _____

   _____   _____

   _____   _____

Debtor  **Reese, Natalia Esther**                                                    Case number *(if known)* _____

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____   _____

    _____   _____

    _____   _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific    _____   _____
    information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific    _____   _____
    information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific    _____   _____
    information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
    them, including whether you                       Federal:   _____
    already filed the returns and
    the tax years. ...................                State:     _____

                                                      Local:     _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☐ No

    ☑ Yes. Give specific information. ........   See Attached.   Alimony:              **$122,617.43**

                                                                 Maintenance:          _____

                                                                 Support:              **$8,166.79**

                                                                 Divorce settlement:   _____

                                                                 Property settlement:  _____

---

Debtor   **Reese, Natalia Esther**                                          Case number *(if known)* _____

---

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | | | |
    | | | |
    | | | |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................... ➜   | $138,648.66 |

---

**Part 5:**      Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

---

Debtor    **Reese, Natalia Esther**                                    Case number *(if known)*

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

    _____

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

    _____

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. .........

    _____

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

    Name of entity:                                          % of ownership:

    _____          _____          _____

    _____          _____          _____

    _____          _____          _____

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No

        ☐ Yes. Describe. .........

        _____

Debtor  **Reese, Natalia Esther**                                    Case number *(if known)*

---

44. **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
       information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here** ..................................................................................................... ➜    | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

    **Current value of the
    portion you own?**
    Do not deduct secured
    claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes .........................

48. **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific
       information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ☐ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ☐ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
       information. ............

---

Official Form 106A/B                              **Schedule A/B: Property**                              page 9

Debtor __**Reese, Natalia Esther**_____     Case number *(if known)* _____

| | | |
|---|---|---|
| 52. | **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................... ➜ | $0.00 |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............

_____
_____
_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .......................... ➜   $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** .................................................... ➜   $0.00

56. **Part 2: Total vehicles, line 5**   $36,824.00

57. **Part 3: Total personal and household items, line 15**   $2,960.00

58. **Part 4: Total financial assets, line 36**   $138,648.66

59. **Part 5: Total business-related property, line 45**   $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $0.00

61. **Part 7: Total other property not listed, line 54**   +   $0.00

62. **Total personal property.** Add lines 56 through 61. ..............   $178,432.66     Copy personal property total ➜   +   $178,432.66

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .......................................................   $178,432.66

Debtor  **Reese, Natalia Esther**                                              Case number *(if known)* _____

| ■ | Continuation Page |

| 6. | **Household goods and furnishings** | |
|----|-------------------------------------|--------:|
| | **Bathroom items** | **$15.00** |
| | **Dishware** | **$30.00** |
| | **Flatware & utensils** | **$10.00** |
| | **Linens** | **$15.00** |
| | **Small appliances (4)** | **$200.00** |
| 7. | **Electronics** | |
| | **Cell phones (4)** | **$600.00** |
| | **Computer/ laptop** | **$200.00** |
| | **Gaming console** | **$400.00** |
| | **Printer** | **$50.00** |
| | **Tablet & accessories** | **$100.00** |
| | **Television** | **$150.00** |
| | **Video doorbell** | **$50.00** |
| 11. | **Clothes** | |
| | **Clothing accessories** | **$50.00** |
| | **Everyday clothes** | **$150.00** |
| | **Eyewear** | **$80.00** |
| | **Purses (2)** | **$50.00** |
| | **Shoes** | **$150.00** |
| 12. | **Jewelry** | |
| | **Bracelets** | **$10.00** |
| | **Earrings** | **$50.00** |
| | **Ring** | **$500.00** |
| 29. | **Family support** | |
| | Alimony: **Alimony (Marvin Almendarez-Vilorio)** | **$122,617.43** |
| | Support: **Child support (Marcell Reese)** | **$968.52** |
| | Support: **Child support (Marvin Almendarez-Vilorio)** | **$6,769.32** |
| | Support: **Medical support (Marvin Almendarez-Vilorio)** | **$428.95** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Natalia** | **Esther** | **Reese** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2003 Chevrolet Trailblazer<br><br>Line from *Schedule A/B*:   3.1 | $2,425.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2)(Allocated: $0.00) |
| Brief description:<br>2023 Honda CR-V<br><br>Line from *Schedule A/B*:   3.2 | $34,399.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2)(Allocated: $0.00) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

Debtor 1    **Natalia**        **Esther**        **Reese**                           Case number *(if known)* _____
       First Name       Middle Name       Last Name

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Small appliances (4)<br>Line from *Schedule A/B:* 6 | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $200.00) |
| Brief description:<br>Dishware<br>Line from *Schedule A/B:* 6 | $30.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $30.00) |
| Brief description:<br>Flatware & utensils<br>Line from *Schedule A/B:* 6 | $10.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $10.00) |
| Brief description:<br>Bathroom items<br>Line from *Schedule A/B:* 6 | $15.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $15.00) |
| Brief description:<br>Linens<br>Line from *Schedule A/B:* 6 | $15.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $15.00) |
| Brief description:<br>Cell phones (4)<br>Line from *Schedule A/B:* 7 | $600.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $600.00) |
| Brief description:<br>Tablet & accessories<br>Line from *Schedule A/B:* 7 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $100.00) |
| Brief description:<br>Television<br>Line from *Schedule A/B:* 7 | $150.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $150.00) |
| Brief description:<br>Gaming console<br>Line from *Schedule A/B:* 7 | $400.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $400.00) |

Debtor 1 __Natalia_____ __Esther_____ __Reese_____    Case number *(if known)* _____
First Name        Middle Name        Last Name

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Computer/ laptop<br><br>Line from *Schedule A/B:* 7 | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $200.00) |
| Brief description:<br>Printer<br><br>Line from *Schedule A/B:* 7 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $50.00) |
| Brief description:<br>Video doorbell<br><br>Line from *Schedule A/B:* 7 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $50.00) |
| Brief description:<br>Keyboard<br><br>Line from *Schedule A/B:* 8 | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $100.00) |
| Brief description:<br>Everyday clothes<br><br>Line from *Schedule A/B:* 11 | $150.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $150.00) |
| Brief description:<br>Clothing accessories<br><br>Line from *Schedule A/B:* 11 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $50.00) |
| Brief description:<br>Shoes<br><br>Line from *Schedule A/B:* 11 | $150.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $150.00) |
| Brief description:<br>Purses (2)<br><br>Line from *Schedule A/B:* 11 | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $50.00) |
| Brief description:<br>Eyewear<br><br>Line from *Schedule A/B:* 11 | $80.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $80.00) |

| Debtor 1 | Natalia | Esther | Reese | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Ring<br><br>Line from *Schedule A/B:* __12__ | $500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4)(Allocated: $500.00) |
| Brief description:<br>Earrings<br><br>Line from *Schedule A/B:* __12__ | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4)(Allocated: $50.00) |
| Brief description:<br>Bracelets<br><br>Line from *Schedule A/B:* __12__ | $10.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4)(Allocated: $10.00) |
| Brief description:<br>JPMorgan Chase Bank x7617<br>Checking account<br><br>Line from *Schedule A/B:* __17__ | $377.65 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $377.65) |
| Brief description:<br>Navy Federal Credit Union x2160<br>Checking account<br><br>Line from *Schedule A/B:* __17__ | $1.73 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $1.73) |
| Brief description:<br>Navy Federal Credit Union x8877<br>Savings account<br><br>Line from *Schedule A/B:* __17__ | $0.13 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $0.13) |
| Brief description:<br>Mutual of America<br><br>Line from *Schedule A/B:* __21__ | $7,484.93 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12)(Allocated: $7,484.93) |
| Brief description:<br>Child support (Marcell Reese)<br>Support<br><br>Line from *Schedule A/B:* __29__ | $968.52 | ☑ $968.52<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(D) |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 4 of 5

Debtor 1   __Natalia__        __Esther__        __Reese__                    Case number *(if known)* _____
          First Name        Middle Name        Last Name

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Alimony (Marvin Almendarez-Vilorio)<br>Alimony<br><br>Line from *Schedule A/B:* __29__ | $122,617.43 | ☑ $122,617.43<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(D) |
| Brief description:<br>Child support (Marvin Almendarez-Vilorio)<br>Support<br><br>Line from *Schedule A/B:* __29__ | $6,769.32 | ☑ $6,769.32<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(D) |
| Brief description:<br>Medical support (Marvin Almendarez-Vilorio)<br>Support<br><br>Line from *Schedule A/B:* __29__ | $428.95 | ☑ $428.95<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(D) |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Reese, Natalia Esther**                                    CASE NO

                                                                                    CHAPTER   **Chapter 7**

**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real Estate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicle | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $270.00 | $0.00 | $270.00 | $270.00 | $0.00 |
| 7. | Electronics | $1,550.00 | $0.00 | $1,550.00 | $1,550.00 | $0.00 |
| 8. | Collectibles of value | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $480.00 | $0.00 | $480.00 | $480.00 | $0.00 |
| 12. | Jewelry | $560.00 | $0.00 | $560.00 | $560.00 | $0.00 |
| 13. | Nonfarm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $379.51 | $0.00 | $379.51 | $379.51 | $0.00 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $7,484.93 | $0.00 | $7,484.93 | $7,484.93 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $130,784.22 | $0.00 | $130,784.22 | $130,784.22 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Reese, Natalia Esther**                    CASE NO

                                                       CHAPTER   **Chapter7**

**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$141,608.66** | **$0.00** | **$141,608.66** | **$141,608.66** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Reese, Natalia Esther**                    CASE NO

                                                       CHAPTER   **Chapter7**

**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**

*Continuation Sheet #2*

 **Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

 **Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $141,608.66 | $0.00 | $141,608.66 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$141,608.66** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$141,608.66** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$0.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$0.00** |
| G. Total Equity (not including surrendered property) / (A-D) | **$141,608.66** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$141,608.66** |
| J. Total Exemptions Claimed (Wild Card Used: $379.51, Available: $15,045.49) | **$141,608.66** |
| K. Total Non-Exempt Property Remaining (G-J) | **$0.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Natalia** | **Esther** | **Reese** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** Keating Honda
Creditor's Name

311 Interstate 45 South
Number          Street

Conroe, TX 77301-3486
City          State          ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

2023 Honda CR-V

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number __ __ __ __

| $43,344.33 | $34,399.00 | $8,945.33 |

**Add the dollar value of your entries in Column A on this page. Write that number here:**  | $43,344.33 |

Debtor 1    **Natalia**        **Esther**        **Reese**                                    Case number *(if known)* _____
        First Name        Middle Name        Last Name

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**   Navy FCU
Creditor's Name

Attn: Bankruptcy

PO Box 3000
Number    Street

Merrifield, VA 22119-3000
City      State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
11/1/2021

**Describe the property that secures the claim:**

> 2003 Chevrolet Trailblazer

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 4 1 3 6

Column A: $6,012.00   Column B: $2,425.00   Column C: $3,587.00

> **Remarks:** Cross-collateralized debt

---

**2.3**   Navy FCU
Creditor's Name

Attn: Bankruptcy

PO Box 3000
Number    Street

Merrifield, VA 22119-3000
City      State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
4/1/2019

**Describe the property that secures the claim:**

> 2003 Chevrolet Trailblazer

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 8 8 3 3

Column A: $2,895.00   Column B: $2,425.00   Column C: $470.00

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $8,907.00

| Debtor 1 | **Natalia** | **Esther** | **Reese** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.4 | Navy FCU | **Describe the property that secures the claim:** | $887.00 | $2,425.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy

PO Box 3000
Number        Street

Merrifield, VA 22119-3000
City                    State        ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
4/1/2018

_Describe the property that secures the claim:_

┌─────────────────────────────┐
│ 2003 Chevrolet Trailblazer │
└─────────────────────────────┘

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** _0_ _0_ _2_ _7_

| Add the dollar value of your entries in Column A on this page. Write that number here: | $887.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $53,138.33 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Natalia** | **Esther** | **Reese** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** <br> Priority Creditor's Name <br><br> **Po Box 7317** <br> Number        Street <br> **Philadelphia, PA 19101-7317** <br> City                State        ZIP Code <br><br> **Who incurred the debt?** Check one. <br> ☑ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | Last 4 digits of account number _____ <br><br> **When was the debt incurred?** _____ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ☑ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify | $4,811.55 | $4,811.55 | $0.00 |

Debtor 1    **Natalia**            **Esther**           **Reese**

First Name          Middle Name          Last Name                    Case number *(if known)* _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**    **AcceptanceNOW**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**5501 Headquarters Drive**

Number       Street

**Plano, TX 75024**

City                State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** __1868__

**When was the debt incurred?** __04/01/2017__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
    **RentalAgreement**

**$0.00**

---

**4.2**    **Advance Auto Parts**

Nonpriority Creditor's Name

**c/o AAP Financial Services**

**P.O. Box 742063**

Number       Street

**Atlanta, GA 30374-2063**

City                State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
    **Other**

**$417.82**

Debtor 1    __Natalia_____ __Esther_____ __Reese_____

            First Name           Middle Name         Last Name

Case number *(if known)* _____

**Part 2:**   **Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.       **Total claim**

---

**4.3**

**Advia Credit Union**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**550 South Riverview Dr**
Number     Street

**Parchmen, MI 49004**
City         State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _0001_

**When was the debt incurred?** _04/01/2014_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$0.00**

---

**4.4**

**Amazon**
Nonpriority Creditor's Name

**P.O. Box 965055**
Number     Street

**Orlando, FL 32896-5055**
City         State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _4626_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Line of Credit**

**$105,589.98**

---

Debtor 1    __Natalia__     __Esther__     __Reese__
            First Name      Middle Name    Last Name

Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |

---

**4.5**

**Austin Capital Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**

**8100 Shoal Creek Blvd Ste 100**
Number      Street

**Austin, TX 78757**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __3313__

**When was the debt incurred?** __03/01/2021__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Total claim: $0.00**

---

**4.6**

**Avery Gilmer**
Nonpriority Creditor's Name

**64 E Broadway Rd Ste 200**
Number      Street

**Tempe, AZ 85282**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Other**

**Total claim: $13,904.00**

---

Debtor 1    __Natalia__        __Esther__        __Reese__
            First Name        Middle Name       Last Name

Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.7**  __Bank of America__
Nonpriority Creditor's Name

__4909 Savarese Circle FL1-908-01-50__
Number    Street

__Tampa, FL 33634__
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __6627__

When was the debt incurred?    __01/17/2016__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **CreditCard**

Total claim  __$0.00__

---

**4.8**  __Barclays Bank Delaware__
Nonpriority Creditor's Name

__PO Box 8802__
Number    Street

__Wilmington, DE 19899__
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __2168__

When was the debt incurred?    __03/13/2018__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **CreditCard**

Total claim  __$0.00__

---

Debtor 1    __Natalia__        __Esther__        __Reese__
                First Name        Middle Name        Last Name        Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.9**  __Barclays Bank Delaware__                                    Last 4 digits of account number __0831__              _____ **$0.00**
Nonpriority Creditor's Name                                              When was the debt incurred?   __07/24/2016__
__PO Box 8802__
Number        Street                                                      As of the date you file, the claim is: Check all that apply.
__Wilmington, DE 19899__
City                        State        ZIP Code                        ☐ Contingent

Who incurred the debt? Check one.                                        ☐ Unliquidated

☑ Debtor 1 only                                                          ☐ Disputed

☐ Debtor 2 only                                                          Type of NONPRIORITY unsecured claim:

☐ Debtor 1 and Debtor 2 only                                            ☐ Student loans

☐ At least one of the debtors and another                               ☐ Obligations arising out of a separation agreement or
                                                                            divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**
                                                                         ☐ Debts to pension or profit-sharing plans, and other
**Is the claim subject to offset?**                                         similar debts
☑ No                                                                     ☑ Other. Specify
☐ Yes                                                                       **CreditCard**

**4.10**  __BBVA__                                                       Last 4 digits of account number __5825__              _____ **$0.00**
Nonpriority Creditor's Name                                              When was the debt incurred?   __03/26/2017__
__Attn: Bankruptcy__
                                                                         As of the date you file, the claim is: Check all that apply.
__PO Box 10566__
Number        Street                                                      ☐ Contingent
__Birmingham, AL 35296__
City                        State        ZIP Code                        ☐ Unliquidated

Who incurred the debt? Check one.                                        ☐ Disputed

☑ Debtor 1 only                                                          Type of NONPRIORITY unsecured claim:

☐ Debtor 2 only                                                          ☐ Student loans

☐ Debtor 1 and Debtor 2 only                                            ☐ Obligations arising out of a separation agreement or
                                                                            divorce that you did not report as priority claims
☐ At least one of the debtors and another
                                                                         ☐ Debts to pension or profit-sharing plans, and other
☐ **Check if this claim is for a community debt**                          similar debts

**Is the claim subject to offset?**                                     ☑ Other. Specify
☑ No                                                                       **CreditCard**
☐ Yes

Debtor 1  **Natalia**         **Esther**          **Reese**
          First Name        Middle Name        Last Name                    Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.11**

**BBVA**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 10566**
Number     Street

**Birmingham, AL 35296**
City                State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6681**

When was the debt incurred?     **08/11/2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**$0.00**

---

**4.12**

**Best Buy**
Nonpriority Creditor's Name

**PO Box 25993**
Number     Street

**Overland Park, KS 66225-9700**
City                State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4975**

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Line of Credit**

**$9,579.20**

---

Debtor 1    __Natalia__          __Esther__          __Reese__
            First Name         Middle Name        Last Name

Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.13**

__Boompay__
Nonpriority Creditor's Name

__14241 Ne Woodinville-duvall Rd__
Number       Street

__Woodinville, WA 98072__
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number __2019__

**When was the debt incurred?**   __06/15/2019__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **RentalAgreement**

$0.00

**4.14**

__Boompay__
Nonpriority Creditor's Name

__14241 Ne Woodinville-duvall Rd__
Number       Street

__Woodinville, WA 98072__
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number __3UN7__

**When was the debt incurred?**   __06/01/2019__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **RentalAgreement**

$0.00

| Debtor 1 | Natalia | Esther | Reese |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.15**

**Bridge Lending Solutions**
Nonpriority Creditor's Name

**PO Box 481**
Number        Street

**Lac Du Flambeau, WI 54538**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Total claim: $1,038.00**

---

**4.16**

**Capital One**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 30285**
Number        Street

**Salt Lake City, UT 84130-0285**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  0233

When was the debt incurred?   05/01/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **CreditCard**

**Total claim: $451.00**

Debtor 1     **Natalia**          **Esther**          **Reese**

            First Name        Middle Name       Last Name                    Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.17**    **Capital One**                                          Last 4 digits of account number **6805** _____          **$0.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**                                     **When was the debt incurred?**   **10/15/2007**

**PO Box 30285**                                         **As of the date you file, the claim is:** Check all that apply.

Number          Street

**Salt Lake City, UT 84130-0285**                        ☐ Contingent

City                    State        ZIP Code            ☐ Unliquidated

**Who incurred the debt?** Check one.                    ☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only                                          **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                             ☐ Student loans

☐ At least one of the debtors and another                ☐ Obligations arising out of a separation agreement or
                                                            divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**
                                                         ☐ Debts to pension or profit-sharing plans, and other
**Is the claim subject to offset?**                         similar debts

☑ No                                                     ☑ Other. Specify

☐ Yes                                                       **CreditCard**

---

**4.18**    **Capital One**                                          Last 4 digits of account number **8139** _____          **$0.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**                                     **When was the debt incurred?**   **10/01/2010**

**PO Box 30285**                                         **As of the date you file, the claim is:** Check all that apply.

Number          Street

**Salt Lake City, UT 84130-0285**                        ☐ Contingent

City                    State        ZIP Code            ☐ Unliquidated

**Who incurred the debt?** Check one.                    ☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only                                          **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                             ☐ Student loans

☐ At least one of the debtors and another                ☐ Obligations arising out of a separation agreement or
                                                            divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**
                                                         ☐ Debts to pension or profit-sharing plans, and other
**Is the claim subject to offset?**                         similar debts

☑ No                                                     ☑ Other. Specify

☐ Yes                                                       **CreditCard**

---

Debtor 1    __Natalia__        __Esther__        __Reese__
       First Name      Middle Name      Last Name          Case number *(if known)* _____

**Part 2:**   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.19**   **Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 30285**
Number    Street

**Salt Lake City, UT 84130-0285**
City            State      ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _2139_

**When was the debt incurred?**   _07/19/2018_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

**Total claim:** $0.00

---

**4.20**   **Capital One NA**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 30285**
Number    Street

**Salt Lake City, UT 84130-0287**
City            State      ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _9478_

**When was the debt incurred?**   _12/24/2008_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

**Total claim:** $0.00

Debtor 1    __Natalia__         __Esther__          __Reese__
            First Name          Middle Name         Last Name          Case number *(if known)* _____

---

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.21**  __Citibank__                                                        $0.00
Nonpriority Creditor's Name

__Citicorp Credit Srvs/Centralized Bk dept__

__PO Box 790034__
Number        Street

__St Louis, MO 63179__
City              State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __5431__
**When was the debt incurred?**   __09/01/1998__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CreditCard**

---

**4.22**  __Citibank Sears__                                                  $0.00
Nonpriority Creditor's Name

__Citicorp Cr Srvs/Centralized Bankruptcy__

__PO Box 790040__
Number        Street

__St Louis, MO 63179-0040__
City              State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __1859__
**When was the debt incurred?**   __11/10/2005__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CreditCard**

---

Debtor 1 __Natalia_____ __Esther_____ __Reese_____
         First Name      Middle Name     Last Name

Case number *(if known)* _____

---

**Part 2:**   Your NONPRIORITY Unsecured Claims - Continuation Page

---

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

                                  **Total claim**

---

**4.23**   **Citibank/Best Buy**

Nonpriority Creditor's Name

**Citicorp Credit Srvs/Centralized Bk dept**

**PO Box 790034**

Number     Street

**St Louis, MO 63179**

City            State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **8302**

**When was the debt incurred?**  **04/21/2005**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **ChargeAccount**

**Total claim** _____$0.00

---

**4.24**   **Citibank/Best Buy**

Nonpriority Creditor's Name

**Citicorp Credit Srvs/Centralized Bk dept**

**PO Box 790034**

Number     Street

**St Louis, MO 63179**

City            State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **8063**

**When was the debt incurred?**  **02/11/2016**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **ChargeAccount**

**Total claim** _____$0.00

---

Debtor 1   __Natalia_____   __Esther_____   __Reese_____
            First Name            Middle Name          Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---------|------------------------------------------------------|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.25**   __City Ambulance Service_____
Nonpriority Creditor's Name

__Po Box 691067_____
Number      Street

__Houston, TX 77269-1067_____
City              State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   _____

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Total claim __$1,158.47__

---

**4.26**   __Conn's HomePlus_____
Nonpriority Creditor's Name

__2445 Technology Forest Boulevard Building 4, Suite 800__
Number      Street

__The Woodlands, TX 77381_____
City              State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __4670__

When was the debt incurred?   __07/01/2019__

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Total claim __$0.00__

Debtor 1  __Natalia_____  __Esther_____  __Reese_____
          First Name          Middle Name        Last Name

Case number *(if known)* _____

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.27**  __Consumer Credit Union__
Nonpriority Creditor's Name

__Attn: Bankruptcy__

__PO Box 525__
Number        Street

__Oshtemo, MI 49077-0525__
City        State    ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __7761__

When was the debt incurred?  __03/01/2015__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

**$0.00**

---

**4.28**  __Consumer Credit Union__
Nonpriority Creditor's Name

__Attn: Bankruptcy__

__PO Box 525__
Number        Street

__Oshtemo, MI 49077-0525__
City        State    ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __7773__

When was the debt incurred?  __07/01/2014__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

**$0.00**

---

Debtor 1    __Natalia__          __Esther__          __Reese__
            First Name        Middle Name       Last Name          Case number *(if known)* _____

---

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.29**

__Continental Finance Co__
Nonpriority Creditor's Name

__Attn: Bankruptcy Attn: Bankruptcy__

__4550 Linden Hill Rd , Ste 4__
Number        Street

__Wilmington, DE 19808-2952__
City                State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __8684__                        __$0.00__

**When was the debt incurred?**   __03/01/2022__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CreditCard**

---

**4.30**

__Credit One Bank__
Nonpriority Creditor's Name

__Attn: Bankruptcy Department__

__PO Box 98873__
Number        Street

__Las Vegas, NV 89193__
City                State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __1620__                        __$0.00__

**When was the debt incurred?**   __02/01/2020__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CreditCard**

---

Debtor 1 __Natalia_____ __Esther_____ __Reese_____
　　　　　First Name　　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.31**

**CreditFresh**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**

**200 Continental Drive Suite 401**
Number　　Street

**Newark, DE 19713**
City　　　　　State　　ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _9701_

**When was the debt incurred?** _12/10/2021_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CheckCreditOrLineOfCredit**

**Total claim** __$1,367.00__

---

**4.32**

**Discover Financial**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3025**
Number　　Street

**New Albany, OH 43054**
City　　　　　State　　ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _4370_

**When was the debt incurred?** _07/23/2017_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

__$0.00__

| Debtor 1 | **Natalia** | **Esther** | **Reese** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.33**

**Elastic Line of Credit**
Nonpriority Creditor's Name

**PO Box 950276**
Number        Street

**Louisville, KY 40295**
City                State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$1,383.00**

---

**4.34**

**Family Diagnostic Clinic**
Nonpriority Creditor's Name

**27721 Tomball Pkwy Ste 200**
Number        Street

**Tomball, TX 77375-6579**
City                State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Bill**

**$25.26**

---

| Debtor 1 | Natalia | Esther | Reese | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>Your NONPRIORITY Unsecured Claims - Continuation Page</strong></td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.35** 

**First Premier Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 5524**
Number          Street

**Sioux Falls, SD 57117-5524**
City                State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **5102**

When was the debt incurred?  **09/01/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

**Total claim: $783.00**

---

**4.36**

**FLEX FINANCE**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**246 5th Avenue 4th Fl**
Number          Street

**New York, NY 10001**
City                State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **K2M2**

When was the debt incurred?  **06/23/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CheckCreditOrLineOfCredit**

**Total claim: $0.00**

Debtor 1    __Natalia_____ __Esther_____ __Reese_____

         First Name              Middle Name         Last Name          Case number *(if known)* _____

---

### Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.37**

**Genesis FS Card Services**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 4477**
Number     Street

**Beaverton, OR 97076-4477**
City          State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __6811__

**When was the debt incurred?** __08/01/2019__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
**CreditCard**

**$199.00**

---

**4.38**

**Home Depot Credit Services**
Nonpriority Creditor's Name

**P.O. Box 790345**
Number     Street

**Saint Louis, MO 63179**
City          State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
**Credit Card**

**$3,981.26**

| Debtor 1 | Natalia | Esther | Reese | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

## Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

---

**4.39**

**Jackson Cu**
Nonpriority Creditor's Name

_____
Number        Street

_____
City            State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6253**

**When was the debt incurred?**   **03/01/2002**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **CreditCard**

**Total claim: $0.00**

---

**4.40**

**KALSEE Credit Union**
Nonpriority Creditor's Name

**PO Box 3006**
Number        Street

**Kalamazoo, MI 49003**
City            State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **8000**

**When was the debt incurred?**   **01/01/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Unsecured**

**Total claim: $10,361.00**

---

Debtor 1   __Natalia_____   __Esther_____   __Reese_____
            First Name            Middle Name          Last Name

Case number *(if known)* _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**

**Total claim**

---

**4.41**   **KALSEE Credit Union**                                      **$0.00**
Nonpriority Creditor's Name

__PO Box 3006_____
Number       Street

__Kalamazoo, MI 49003_____
City                 State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _2000_____

**When was the debt incurred?** _12/01/2014_____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

---

**4.42**   **Kohls/Capital One**                                      **$395.00**
Nonpriority Creditor's Name

__Attn: Credit Administrator_____

__PO Box 3043_____
Number       Street

__Milwaukee, WI 53201-3043_____
City                 State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _9105_____

**When was the debt incurred?** _09/01/2018_____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **ChargeAccount**

---

Debtor 1  **Natalia**          **Esther**          **Reese**
          First Name        Middle Name        Last Name

Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    **Total claim**

---

**4.43**

**Macys/fdsb**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**9111 Duke Boulevard**
Number        Street

**Mason, OH 45040**
City                    State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6490**

When was the debt incurred?    **12/01/2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **ChargeAccount**

**$0.00**

---

**4.44**

**Memorial Hermann**
Nonpriority Creditor's Name

**PO Box Box 735208**
Number        Street

**Dallas, TX 75373-5208**
City                    State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Bill**

**$217.87**

---

Debtor 1   **Natalia**          **Esther**          **Reese**

     First Name           Middle Name         Last Name            Case number *(if known)* _____

---

**Part 2:**    Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.45**  **Memorial Hermann**

Nonpriority Creditor's Name

**909 Frostwood Dr. Ste 3:100**

Number     Street

**Houston, TX 77024**

City              State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
   **Medical Bill**

**$370.75**

---

**4.46**  **Navy FCU**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**

Number     Street

**Merrifield, VA 22119-3000**

City              State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **4639**

When was the debt incurred?  **05/01/2019**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify

**$0.00**

Debtor 1   **Natalia**          **Esther**          **Reese**
          First Name          Middle Name          Last Name          Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.47**

**Navy FCU**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**
Number          Street

**Merrifield, VA 22119-3000**
City          State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **7012**

**When was the debt incurred?   03/01/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$0.00**

---

**4.48**

**Navy FCU**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**
Number          Street

**Merrifield, VA 22119-3000**
City          State      ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **3625**

**When was the debt incurred?   02/01/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**$0.00**

Debtor 1    **Natalia**          **Esther**          **Reese**

First Name          Middle Name          Last Name          Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.          **Total claim**

---

**4.49**    **Navy FCU**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**

Number          Street

**Merrifield, VA 22119-3000**

City          State          ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number  9052**          **$0.00**

**When was the debt incurred?   01/04/2022**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **CreditCard**

---

**4.50**    **Office Depot**

Nonpriority Creditor's Name

**PO Box 6403**

Number          Street

**Sioux Falls, SD 57117-6403**

City          State          ZIP Code

**Who incurred the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number  2654**          **$3,918.26**

**When was the debt incurred?   _____**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

---

Debtor 1    __Natalia_____    __Esther_____    __Reese_____
             First Name            Middle Name          Last Name

Case number *(if known)* _____

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.51**

__Opploans/feb_____
Nonpriority Creditor's Name

__Attn: Bankruptcy Dept_____

__130 East Randolph Street Suite 3400__
Number        Street

__Chicago, IL 60601_____
City              State    ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number __6968___

When was the debt incurred?    __01/01/2022__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

**Total claim** __$2,107.00__

---

**4.52**

__Opploans/feb_____
Nonpriority Creditor's Name

__Attn: Bankruptcy Dept_____

__130 East Randolph Street Suite 3400__
Number        Street

__Chicago, IL 60601_____
City              State    ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number __3072___

When was the debt incurred?    __08/01/2021__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

**Total claim** __$0.00__

| Debtor 1 | Natalia | Esther | Reese | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.53**

**RK Properties**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**3737 East Broadway**
Number     Street

**Long Beach, CA 90803**
City          State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  3049**

**When was the debt incurred?**   06/15/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **RentalAgreement**

**$0.00**

---

**4.54**

**Sam's Club/Synchrony Bank**
Nonpriority Creditor's Name

**P.O. Box 530981**
Number     Street

**Atlanta, GA 30353-0981**
City          State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  1991**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$3,160.62**

---

Debtor 1   __Natalia__      __Esther__      __Reese__

First Name       Middle Name       Last Name

Case number *(if known)* _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.55**

__Security Finance__
Nonpriority Creditor's Name
__Attn: Bankruptcy__

__PO Box 1893__
Number        Street
__Spartanburg, SC 29304__
City            State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _0172_

**When was the debt incurred?**   __12/14/2021__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Unsecured**

**Total claim: $0.00**

---

**4.56**

__Serena Group Professional Services__
Nonpriority Creditor's Name

__PO Box Box 761__
Number        Street
__Carnegie, PA 15106-0791__
City            State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Bill**

**Total claim: $88.74**

---

Debtor 1    **Natalia**          **Esther**          **Reese**
            First Name          Middle Name        Last Name

Case number *(if known)* _____

---

**Part 2:**  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.57**  **Syncb/Toys R Us**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number        Street

**Orlando, FL 32896-5060**

City        State    ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **8329**

When was the debt incurred?   **05/09/2014**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **ChargeAccount**

**$0.00**

---

**4.58**  **Synchrony Bank/Care Credit**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**

**PO Box 965064**

Number        Street

**Orlando, FL 32896-5060**

City        State    ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **1366**

When was the debt incurred?   **01/14/2014**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **ChargeAccount**

**$0.00**

---

Debtor 1   **Natalia**      **Esther**      **Reese**

First Name      Middle Name      Last Name

Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                           **Total claim**

---

**4.59**   **Synchrony Bank/Sams**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number      Street

**Orlando, FL 32896-5060**

City      State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **3287**

**When was the debt incurred?    11/01/2009**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **ChargeAccount**

**$0.00**

---

**4.60**   **Synchrony Bank/Sams**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number      Street

**Orlando, FL 32896-5060**

City      State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **6755**

**When was the debt incurred?    08/01/2001**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **UnknownLoanType**

**$0.00**

---

| Debtor 1 | Natalia | Esther | Reese | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.61**

**Telecom Self-reported**
Nonpriority Creditor's Name

**Po Box 4500**
Number        Street

**Allen, TX 75013**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **0EAC** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**UnknownLoanType**

**$172.00**

**4.62**

**The Bowen Law Firm, PLLC**
Nonpriority Creditor's Name

**13103 FM 1960 West Suite216**
Number        Street

**Houston, TX 77065**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorneys' fees**

**$7,384.12**

Debtor 1  __Natalia__         __Esther__         __Reese__

First Name        Middle Name        Last Name

Case number *(if known)* _____

---

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.63** | **Tractor Supply Co**

Nonpriority Creditor's Name

__PO Box 790439__

Number        Street

__Saint Louis, MO 63179__

City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __7039__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

$798.24

---

**4.64** | **US Bank/RMS**

Nonpriority Creditor's Name

__Attn: Bankruptcy__

__PO Box 5229__

Number        Street

__Cincinnati, OH 45201-5229__

City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __6923__

**When was the debt incurred?**  __09/01/2009__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CreditCard**

$0.00

---

Debtor 1    __Natalia_____   __Esther_____   __Reese_____
            First Name            Middle Name          Last Name

Case number *(if known)* _____

---

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.65**   **Velocity Investments, Llc**
Nonpriority Creditor's Name

**Attn: Bankruptcy Attn: Bankruptcy**

**1800 Route 34N , Suite 305**
Number          Street

**Wall, NJ 07719**
City            State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **8085**

**When was the debt incurred?**   **11/01/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **FactoringCompanyAccount**

**$930.00**

---

**4.66**   **Verve**
Nonpriority Creditor's Name

**PO Box Box 3220**
Number          Street

**Buffalo, NY 14240**
City            State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **8684**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**$750.94**

---

Debtor 1    __Natalia_____    __Esther_____    __Reese_____
            First Name          Middle Name         Last Name

Case number *(if known)* _____

---

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.67**

**WEX Bank/ Valero Fleet**
Nonpriority Creditor's Name

**P.O. Box 6293**
Number          Street

**Carol Stream, IL 60197-6293**
City              State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **5560**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Other**

$472.64

---

Debtor 1     **Natalia**       **Esther**       **Reese**

        First Name         Middle Name        Last Name                Case number *(if known)* _____

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

---

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

    **I.C. System Inc**

    Name

    **P.O. BOX 64378**

    Number     Street

    **Saint Paul, MN 55164-0378**

    City            State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.44** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number 7500**

---

    Name

    Number     Street

    City            State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

Debtor 1  **Natalia**         **Esther**          **Reese**                        Case number *(if known)* _____
      First Name         Middle Name       Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. **$0.00** |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. **$4,811.55** |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. **$0.00** |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + **$0.00** |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. **$4,811.55** |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. **$0.00** |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. **$0.00** |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. **$0.00** |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + **$171,004.17** |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. **$171,004.17** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Natalia** | **Esther** | **Reese** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Apartment Complex<br>Name<br><br>Number     Street<br><br>City                    State     ZIP Code | Apartment Lease (Complex not named due to privacy concerns)<br>Contract to be ASSUMED |
| **2.2** Name<br><br>Number     Street<br><br>City                    State     ZIP Code | |
| **2.3** Name<br><br>Number     Street<br><br>City                    State     ZIP Code | |
| **2.4** Name<br><br>Number     Street<br><br>City                    State     ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | Natalia | Esther | Reese |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No

   ☑ Yes. In which community state or territory did you live? Texas _____ . Fill in the name and current address of that person.

   Reese, Marcell L.
   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____
   City                    State    ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.1** _____      ☐ Schedule D, line _____
Name

_____      ☐ Schedule E/F, line _____
Number      Street

_____      ☐ Schedule G, line _____
City                    State    ZIP Code

**Fill in this information to identify your case:**

Debtor 1    __Natalia__      __Esther__         __Reese__
            First Name       Middle Name        Last Name

Debtor 2    _____
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    __Southern District of Texas__

Case number    _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

| 1. **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed ☐ Not Employed | ☐ Employed ☐ Not Employed |
| | **Occupation** | Paralegal | |
| Include part time, seasonal, or self-employed work. | **Employer's name** | Lone Star Legal Aid | |
| | **Employer's address** | 412 W. Lewis St. | |
| Occupation may include student or homemaker, if it applies. | | Number Street | Number Street |
| | | | |
| | | Conroe, TX 77301 | |
| | | City        State        Zip Code | City        State        Zip Code |
| | **How long employed there?** | 2 years 6 months | |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. $5,012.50 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $5,012.50 | $0.00 |

Debtor 1    __Natalia__          __Esther__          __Reese__          Case number *(if known)* _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here.......................................................➔ | 4. | $5,012.50 | $0.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $532.17 | $0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $18.95 | $0.00 |
| | 5e. **Insurance** | 5e. | $604.72 | $0.00 |
| | 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: Additional Healthcare | 5h. + | $19.97 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $1,175.82 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $3,836.68 | $0.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| | 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $500.00 | $0.00 |
| | 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $500.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $4,336.68 + | $0.00 = $4,336.68 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                                                 11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies                                 12. $4,336.68

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Natalia | Esther | Reese |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

　☐ No

　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 13 | ☐ No.  ☑ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $1,585.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $25.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

Debtor 1    **Natalia**          **Esther**          **Reese**                                    Case number *(if known)* _____
            First Name          Middle Name        Last Name

| | | Your expenses |
|---|---|---|

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $150.00 |
| 6b. Water, sewer, garbage collection | 6b. | $40.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $350.00 |
| 6d. Other. Specify: _____ | 6d. | $0.00 |
| 7. **Food and housekeeping supplies** | 7. | $450.00 |
| 8. **Childcare and children's education costs** | 8. | $250.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $100.00 |
| 10. **Personal care products and services** | 10. | $100.00 |
| 11. **Medical and dental expenses** | 11. | $100.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | $200.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $100.00 |
| 14. **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $0.00 |
| 15b. Health insurance | 15b. | $0.00 |
| 15c. Vehicle insurance | 15c. | $137.00 |
| 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____ | 16. | $0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $669.97 |
| 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| 17c. Other. Specify: _____ | 17c. | $0.00 |
| 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. **Other payments you make to support others who do not live with you.**<br>Specify: _____ | 19. | $0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $0.00 |
| 20b. Real estate taxes | 20b. | $0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Debtor 1    **Natalia**        **Esther**          **Reese**                                Case number *(if known)* _____
                First Name        Middle Name          Last Name

---

21.   **Other.** Specify: _____        21.   **+**  _____ $0.00

22.   **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                    22a.   _____ $4,256.97

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2        22b.   _____ $0.00

22c. Add line 22a and 22b. The result is your monthly expenses.        22c.   _____ $4,256.97

23.   **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*        23a.   _____ $4,336.68

23b. Copy your monthly expenses from line 22c above.        23b.   **−**  _____ $4,256.97

23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*        23c.   _____ $79.71

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.        None
☐ Yes.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Natalia** | **Esther** | **Reese** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | | | |

❑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................ | $0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................................... | $178,432.66 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.......................................................... | $178,432.66 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $53,138.33 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $4,811.55 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $171,004.17 |
| **Your total liabilities** | $228,954.05 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................................................... | $4,336.68 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................................. | $4,256.97 |

| Debtor 1 | Natalia | Esther | Reese | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$5,512.50

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $4,811.55 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $4,811.55 |

Fill in this information to identify your case:

| Debtor 1 | **Natalia** | **Esther** | **Reese** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing)

| | First Name | Middle Name | Last Name |
|---|---|---|---|

United States Bankruptcy Court for the: **Southern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Natalia Esther Reese
Natalia Esther Reese, Debtor 1

Date  06/26/2023
MM/  DD/  YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Natalia** | **Esther** | **Reese** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married

☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 15650 Walden Road Apt 1408 | From 06/2019 | | From _____ |
| Number   Street | To 05/25/2022 | Number   Street | To _____ |
| Montgomery, TX 77356 | | | |
| City   State   ZIP Code | | City   State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number   Street | To _____ | Number   Street | To _____ |
| | | | |
| City   State   ZIP Code | | City   State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Natalia**    **Esther**    **Reese**        Case number *(if known)* _____

First Name      Middle Name      Last Name

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $25,075.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, _2022_ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $48,424.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, _2021_ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $44,229.00<br>$7,013.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ <br> _____ <br> _____ | _____ <br> _____ <br> _____ | _____ <br> _____ <br> _____ | _____ <br> _____ <br> _____ |
| **For last calendar year:**<br>(January 1 to December 31, _2022_ )<br>YYYY | _____ <br> _____ | _____ <br> _____ | _____ <br> _____ | _____ <br> _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _2021_ )<br>YYYY | _____ <br> _____ | _____ <br> _____ | _____ <br> _____ | _____ <br> _____ |

Debtor 1 __Natalia__ __Esther__ __Reese__          Case number *(if known)* _____

First Name      Middle Name     Last Name

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Elastic Line of Credit<br>Creditor's Name | 03/31/2023 | $1,667.00 | $1,383.00 | ☐ Mortgage |
| PO Box 950276<br>Number    Street | 04/17/2023 | | | ☐ Car |
| | 05/01/2023 | | | ☐ Credit card |
| Louisville, KY 40295<br>City          State     ZIP Code | 05/15/2023 | | | ☐ Loan repayment |
| | 06/01/2023 | | | ☐ Suppliers or vendors |
| | 03/15/2023 | | | ☑ Other  Line of Credit |
| | 06/01/2023 | | | |
| Keating Honda<br>Creditor's Name | 06/09/2023 | $669.97 | $42,674.36 | ☐ Mortgage |
| 311 Interstate 45 South<br>Number    Street | | | | ☑ Car |
| | | | | ☐ Credit card |
| Conroe, TX 77301-3486<br>City          State     ZIP Code | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

Debtor 1  **Natalia**          **Esther**          **Reese**          Case number *(if known)* _____
          First Name          Middle Name          Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number     Street | | | | |
| City          State     ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number     Street | | | | |
| City          State     ZIP Code | | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

---

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  Natalia Reese VS Marcell Reese | Protective Orders | 418th Judicial District Court<br>Court Name<br><br>301 North Main Suite 217<br>Number     Street<br><br>Conroe, TX 77301<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number  22-05-06717 | | | |

Debtor 1 __Natalia__        __Esther__        __Reese__                    Case number *(if known)* _____

First Name        Middle Name        Last Name

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | In the Matter of the Marriage of Natalia E Reese and Marcell Lorenzo Reese and In the Interest of Silas Leon Reese | Divorce with Children | 418th Judicial District Court<br>Court Name<br>301 North Main Suite 217<br>Number       Street<br>Conroe, TX 77301<br>City                State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number 22-07-09809 | | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number     Street | **Explain what happened** | | |
| _____ | ☐ Property was repossessed. | | |
| _____ | ☐ Property was foreclosed. | | |
| City          State     ZIP Code | ☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number     Street | | | |
| _____<br>City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page 5

| Debtor 1 | **Natalia** | **Esther** | **Reese** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | _____ |
| | | _____ | _____ |
| _____ Number      Street | | | |
| _____ City              State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | _____ |
| | | _____ | _____ |
| _____ Number      Street | | | |
| _____ City          State   ZIP Code | | | |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

Debtor 1    **Natalia**        **Esther**        **Reese**                    Case number *(if known)* _____
            First Name        Middle Name       Last Name

| Part 7: | List Certain Payments or Transfers |
|---------|------------------------------------|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| TRAN SINGH, LLP<br>Person Who Was Paid | Attorney's Fee; Due Diligence; Filing Fee; Attorney's Fee | 03/27/2023 | $2,500.00 |
| 2502 La Branch St.<br>Number    Street | | 03/27/2023 | $100.00 |
| | | 03/27/2023 | $338.00 |
| Houston, TX 77004<br>City        State    ZIP Code | | 04/17/2023 | $3,000.00 |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| DebtorCC<br>Person Who Was Paid | Credit Counseling Course | 03/24/2023 | $19.95 |
| Number    Street | | | |
| City        State    ZIP Code | | | |
| https://debtorcc.org/<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | | |
| City        State    ZIP Code | | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **7**

Debtor 1    __Natalia__      __Esther__          __Reese__                          Case number *(if known)* _____
            First Name       Middle Name          Last Name

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Keating Honda<br>Person Who Received Transfer<br><br>311 Interstate 45 South<br>Number      Street<br><br>Conroe, TX 77301-3486<br>City                State    ZIP Code<br><br>Person's relationship to you<br>_____ | 2013 Land Rover Ranger (Trade-In value-$11,000.00) | 2023 Honda CR-V | 05/10/2023 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____<br><br>_____ | | |

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| JPMorgan Chase Bank, N.A.<br>Name of Financial Institution<br><br>P.O. Box 47020<br>Number      Street<br><br>_____<br><br>Atlanta, GA 30362-7020<br>City          State    ZIP Code | **XXXX–** 2 1 7 0 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 05/26/2022 | $49.12 |

Debtor 1   **Natalia**          **Esther**            **Reese**                              Case number *(if known)* _____
           First Name          Middle Name          Last Name

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Navy Federal Credit Union<br>**Name of Financial Institution**<br><br>P.O. Box 3000<br>**Number      Street**<br><br><br>Merrifield, VA 22119<br>**City            State     ZIP Code** | XXXX– 1  1  8  9 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 05/26/2022 | $5.00 |
| Navy Federal Credit Union<br>**Name of Financial Institution**<br><br>P.O. Box 3000<br>**Number      Street**<br><br><br>Merrifield, VA 22119<br>**City            State     ZIP Code** | XXXX– 6  5  4  7 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 05/26/2022 | $211.04 |
| Navy Federal Credit Union<br>**Name of Financial Institution**<br><br>P.O. Box 3000<br>**Number      Street**<br><br><br>Merrifield, VA 22119<br>**City            State     ZIP Code** | XXXX– 9  4  5  7 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 05/26/2022 | $1,370.01 |
| First Tech Federal Credit Union<br>**Name of Financial Institution**<br><br>P.O. Box 2100<br>**Number      Street**<br><br><br>Beaverton, OR 97075-2100<br>**City            State     ZIP Code** | XXXX– 8  4  1  9 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 03/01/2023 | $0.00 |
| First Tech Federal Credit Union<br>**Name of Financial Institution**<br><br>P.O. Box 2100<br>**Number      Street**<br><br><br>Beaverton, OR 97075-2100<br>**City            State     ZIP Code** | XXXX– 1  7  2  9 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 03/01/2023 | $24.36 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

Debtor 1   **Natalia**   **Esther**   **Reese**                    Case number *(if known)* _____

First Name         Middle Name       Last Name

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____ | _____ | | ☐ No |
| **Name of Financial Institution** | **Name** | | ☐ Yes |
| _____ | _____ | | |
| **Number      Street** | **Number      Street** | | |
| _____ | _____ | | |
| **City        State   ZIP Code** | **City          State    ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____ | _____ | | ☐ No |
| **Name of Storage Facility** | **Name** | | ☐ Yes |
| _____ | _____ | | |
| **Number      Street** | **Number      Street** | | |
| _____ | _____ | | |
| **City        State   ZIP Code** | **City          State    ZIP Code** | | |

**Part 9:   Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____ | | | _____ |
| **Owner's Name** | **Number      Street** | | |
| _____ | _____ | | |
| **Number      Street** | | | |
| _____ | _____ | | |
| **City        State   ZIP Code** | **City          State    ZIP Code** | | |

| Debtor 1 | **Natalia** | **Esther** | **Reese** | Case number *(if known)* _____ |
|----------|-------------|------------|-----------|------------------------------------------|
|          | First Name  | Middle Name | Last Name |                                          |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|--------------|-------------------|-----------------------------------|----------------|
| Number  Street | Number  Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|--------------|-------------------|-----------------------------------|----------------|
| Number  Street | Number  Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

Debtor 1    __Natalia__    __Esther__    __Reese__    Case number *(if known)* _____

        First Name      Middle Name      Last Name

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ _____ | **Court Name** _____ **Number    Street** _____ | | ☐ **Pending** ☐ **On appeal** ☐ **Concluded** |
| Case number _____ | **City        State    ZIP Code** | | |

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☑ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Dark Fenix Enterprises Inc **Name** 21 Waterway Ave **Number    Street** The Woodlands, TX 77380 **City        State    ZIP Code** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. EIN: _8_ _5_ – _3_ _7_ _5_ _9_ _7_ _9_ _0_ |
| | **Name of accountant or bookkeeper** | **Dates business existed** From  _09/2020_  To _____ |

| Reese Property Paladin, LLC **Name** 21 Waterway Avenue **Number    Street** The Woodlands, TX 77380 **City        State    ZIP Code** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. EIN: _8_ _4_ – _1_ _9_ _3_ _5_ _2_ _0_ _2_ |
| | **Name of accountant or bookkeeper** | **Dates business existed** From  _5/2019_  To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

Debtor 1     **Natalia**      **Esther**      **Reese**                    Case number *(if known)* _____

          First Name          Middle Name        Last Name

| Date issued |
| --- |

_____     _____

**Name**                                            **MM / DD / YYYY**

_____

**Number**      **Street**

_____

_____

**City**              **State**     **ZIP Code**

---

| Part 12: | Sign Below |
| --- | --- |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X**    /s/ Natalia Esther Reese _____

      Signature of Natalia Esther Reese, Debtor 1

Date   06/26/2023 _____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Natalia** | **Esther** | **Reese** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Navy FCU**<br><br>Description of property securing debt: **2003 Chevrolet Trailblazer** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **Navy FCU**<br><br>Description of property securing debt: **2003 Chevrolet Trailblazer** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

Debtor 1    **Natalia**         **Esther**          **Reese**                          Case number *(if known)* _____
             First Name         Middle Name        Last Name

## Additional Page for Part 1

| | | |
|---|---|---|
| Creditor's name: | **Navy FCU** | ☑ Surrender the property. | ☑ No |

Creditor's name:  **Navy FCU**

Description of property securing debt:  **2003 Chevrolet Trailblazer**

☑ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☑ No
☐ Yes

Creditor's name:  **Keating Honda**

Description of property securing debt:  **2023 Honda CR-V**

☐ Surrender the property.
☐ Retain the property and redeem it.
☑ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☑ No
☐ Yes

| Debtor 1 | **Natalia** | **Esther** | **Reese** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Apartment Complex | ☐ No |
| Description of leased property: Apartment Lease (Complex not named due to privacy concerns) | ☑ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** /s/ Natalia Esther Reese _____
Signature of Debtor 1

Date 06/26/2023 _____
MM/ DD/ YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**      Reese, Natalia Esther

Case No. _____

**Debtor**                                        Chapter _____7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................. _$5,500.00_

Prior to the filing of this statement I have received .................................................................. _$5,500.00_

Balance Due ................................................................................................................................ _$0.00_

2.    The source of the compensation paid to me was:

☑ Debtor                ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor                ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

A. Representation of the Debtor in any state law matter

B. Representation of the Debtor in reaffirmation agreements

C. Research or location and determination of debts, judgments or liens against the Client or his/her property

D. Representation in any adversary hearing or response filed thereto, including but not limited to, motion to lift the automatic stay, motions to dismiss the bankruptcy, motions to modify, motions to convert the bankruptcy from one chapter to another (except those items specifically listed in Section A titled "Services to be Provided")

E. Representation in any contested matter, the subject of which is extraordinary in the context of chapter 7 cases in the United States Bankruptcy Court for the Southern District of Texas

F. Representation in any matter in which the Court orders fee shifting pursuant to which fees are to be paid by a person other than the Debtor.

G. Except as specifically delineated in Section A titled "Services to be Provided," representation on matters for which the first hearing is set more than 120 days following confirmation.

H. Post-petition complaints or hearing of any adversarial nature

I. Any phone calls, letters, legal research, work correspondence, or any other legal services required to amend or revise the bankruptcy petition or schedules (except those services listed under a fixed fee agreement)

J. All hearings, depositions, or creditors' meetings (other than the first creditor's meeting and those items included in the fixed fee arrangement)

K. Removal of liens. Liens may remain after discharge to both personal and real property. A court filing, motion and hearing may be required in both bankruptcy court and state court. Client is hereby advised that the fixed fee arrangement does not cover the cost of removing any personal or real property liens which are not automatically removed by the discharge. Liens attach to both personal and real property and a bankruptcy filing does not automatically remove liens. Liens generally remain on the property even though a bankruptcy has been filed. A separate action and filing is generally required to remove any personal or real property liens that may exist and must be filed with the bankruptcy court and done prior to a discharge; there will be a separate charge and cost if client desires this work. Client is advised that a separate application and procedure and hearing may be required to remove any abstract of judgment liens which may be filed against the Client notwithstanding the bankruptcy court discharge order that the Client may receive. The Client may need to retain this attorney or another attorney after the bankruptcy is completed in order to remove abstract of judgment liens.

L. Any post-bankruptcy petition or discharge matters including but not limited to objections to discharge, filing applications to remove judgment liens on property.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/26/2023                                         /s/ Susan Tran Adams

*Date*                                         Susan Tran Adams
                                         *Signature of Attorney*

                                         Bar Number: 24075648
                                         TRAN SINGH, LLP
                                         2502 La Branch St.
                                         Houston, TX 77004
                                         Phone: (832) 975-7300

                                         TRAN SINGH, LLP
                                         *Name of law firm*

| Fill in this information to identify your case: | | |
|---|---|---|

**Debtor 1**  Natalia    Esther    Reese
First Name    Middle Name    Last Name

**Debtor 2**
(Spouse, if filing)
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **Southern District of Texas**

Case number
(if known)

---

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income                    12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $5,012.50 | |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $500.00 | |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - | |
| Net monthly income from a business, profession, or farm | $0.00 | | Copy here → |

|  | Column A | Column B |
|---|---|---|
| | $0.00 | |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - | |
| Net monthly income from rental or other real property | $0.00 | | Copy here → |

|  | Column A | Column B |
|---|---|---|
| | $0.00 | |
| 7. **Interest, dividends, and royalties** | $0.00 | |

Debtor 1    **Natalia**              **Esther**              **Reese**              Case number *(if known)*_____
            First Name            Middle Name            Last Name

|  | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|

8. **Unemployment compensation**                                                    $0.00

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: .................................................↓

For you...................................................................    $0.00

For your spouse..........................................................

9. **Pension or retirement income.** Do not include any amount received that was a       $0.00
   benefit under the Social Security Act. Also, except as stated in the next sentence,
   do not include any compensation, pension, pay, annuity, or allowance paid by the
   United States Government in connection with a disability, combat-related injury or
   disability, or death of a member of the uniformed services. If you received any
   retired pay paid under chapter 61 of title 10, then include that pay only to the extent
   that it does not exceed the amount of retired pay to which you would otherwise be
   entitled if retired under any provision of title 10 other than chapter 61 of that title.

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act; payments
    received as a victim of a war crime, a crime against humanity, or international or
    domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by
    the United States Government in connection with a disability, combat-related
    injury or disability, or death of a member of the uniformed services. If necessary,
    list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.                           +                    +

11. **Calculate your total current monthly income.** Add lines 2 through 10 for     $5,512.50   +                =   $5,512.50
    each column. Then add the total for Column A to the total for Column B.                                              **Total current<br>monthly income**

---

**Part 2:**  Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11.................................................   **Copy line 11 here →**   $5,512.50

Multiply by 12 (the number of months in a year).                                              **x 12**

12b.  The result is your annual income for this part of the form.                            **12b.**   $66,150.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                     Texas

Fill in the number of people in your household.          2

Fill in the median family income for your state and size of household.............................................................   **13.**   $77,611.00
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
        Go to Part 3. Do NOT fill out or file Official Form 122A–2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
        Go to Part 3 and fill out Form 122A–2.

Debtor 1    **Natalia**        **Esther**        **Reese**                    Case number *(if known)* _____
            First Name      Middle Name      Last Name

**Part 3:**  Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X**  **/s/ Natalia Esther Reese**
Signature of Debtor 1

Date  06/26/2023
       MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Official Form 122A-1          **Chapter 7 Statement of Your Current Monthly Income**          page **3**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Reese, Natalia Esther**                                                    CASE NO

                                                                                   CHAPTER **7**


## VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____06/26/2023_____     Signature _____/s/ Natalia Esther Reese_____
                                                                   Natalia Esther Reese, Debtor

AcceptanceNOW
Attn: Bankruptcy 5501 Headquarters
Drive
Plano, TX 75024


Advance Auto Parts
c/o AAP Financial Services
P.O. Box 742063
Atlanta, GA 30374-2063


Advia Credit Union
Attn: Bankruptcy 550 South Riverview Dr
Parchmen, MI 49004


Amazon
P.O. Box 965055
Orlando, FL 32896-5055


Apartment Complex


Austin Capital Bank
Attn: Bankruptcy Dept
8100 Shoal Creek Blvd Ste 100
Austin, TX 78757


Avery Gilmer
64 E Broadway Rd Ste 200
Tempe, AZ 85282


Bank of America
4909 Savarese Circle FL1-908-01-50
Tampa, FL 33634

Barclays Bank Delaware
PO Box 8802
Wilmington, DE 19899

BBVA
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296

Best Buy
PO Box 25993
Overland Park, KS 66225-9700

Boompay
14241 Ne Woodinville-duvall Rd
Woodinville, WA 98072

Bridge Lending Solutions
PO Box 481
Lac Du Flambeau, WI 54538

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One NA
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0287

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179

Citibank Sears
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Citibank/Best Buy
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179

City Ambulance Service
Po Box 691067
Houston, TX 77269-1067

Conn's HomePlus
2445 Technology Forest Boulevard
Building 4, Suite 800
The Woodlands, TX 77381

Consumer Credit Union
Attn: Bankruptcy
PO Box 525
Oshtemo, MI 49077-0525

Continental Finance Co
Attn: Bankruptcy Attn: Bankruptcy
4550 Linden Hill Rd , Ste 4
Wilmington, DE 19808-2952

Credit One Bank
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193

CreditFresh
Attn: Bankruptcy Dept 200 Continental
Drive Suite 401
Newark, DE 19713

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054


Elastic Line of Credit
PO Box 950276
Louisville, KY 40295


Family Diagnostic Clinic
27721 Tomball Pkwy Ste 200
Tomball, TX 77375-6579


First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117-5524

FLEX FINANCE
Attn: Bankruptcy 246 5th Avenue 4th Fl
New York, NY 10001


Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076-4477


Home Depot Credit Services
P.O. Box 790345
Saint Louis, MO 63179


I.C. System Inc
P.O. BOX 64378
Saint Paul, MN 55164-0378

Internal Revenue Service
Po Box 7317
Philadelphia, PA 19101-7317


Jackson Cu



KALSEE Credit Union
PO Box 3006
Kalamazoo, MI 49003


Keating Honda
311 Interstate 45 South
Conroe, TX 77301-3486


Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Macys/fdsb
Attn: Bankruptcy 9111 Duke Boulevard
Mason, OH 45040


Memorial Hermann
PO Box Box 735208
Dallas, TX 75373-5208


Memorial Hermann
909 Frostwood Dr. Ste 3:100
Houston, TX 77024

Navy FCU
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

Office Depot
PO Box 6403
Sioux Falls, SD 57117-6403

Opploans/feb
Attn: Bankruptcy Dept 130 East Randolph
Street Suite 3400
Chicago, IL 60601

RK Properties
Attn: Bankruptcy 3737 East Broadway
Long Beach, CA 90803

Sam's Club/Synchrony Bank
P.O. Box 530981
Atlanta, GA 30353-0981

Security Finance
Attn: Bankruptcy
PO Box 1893
Spartanburg, SC 29304

Serena Group Professional
Services
PO Box Box 761
Carnegie, PA 15106-0791

Syncb/Toys R Us
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5060


Synchrony Bank/Sams
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Telecom Self-reported
Po Box 4500
Allen, TX 75013


The Bowen Law Firm, PLLC
13103 FM 1960 West Suite216
Houston, TX 77065


Tractor Supply Co
PO Box 790439
Saint Louis, MO 63179


US Bank/RMS
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201-5229


Velocity Investments, Llc
Attn: Bankruptcy Attn: Bankruptcy
1800 Route 34N , Suite 305
Wall, NJ 07719


Verve
PO Box Box 3220
Buffalo, NY 14240

WEX Bank/ Valero Fleet
P.O. Box 6293
Carol Stream, IL 60197-6293